UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

ALBERT GARZA, JR.,
Institutional ID No. 02482709

        Plaintiff,

v.

LUBBOCK COUNTY DETENTION
CENTER, *et al.*,

        Defendants.

No. 5:24-CV-00009-H

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed, and the time to do so has passed. The District Court made an independent examination of the record and reviewed the Magistrate Judge's report for plain error. Finding none, the Court accepts and adopts the findings, conclusions, and recommendation of the United States Magistrate.

The Court therefore orders that Plaintiff's complaint and all claims alleged within it are dismissed with prejudice as frivolous and for failure to state a claim under 28 U.S.C. §§ 1915, 1915A. All relief not expressly granted and any pending motions are denied.

The Court will enter judgment accordingly.

So ordered.

Dated May 2, 2025.

                                        JAMES WESLEY HENDRIX
                                        United States District Judge