UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| ALBERT GARZA, JR., Institutional ID No. 02482709,<br><br>Plaintiff,<br><br>v.<br><br>LUBBOCK COUNTY DETENTION CENTER, et al.,<br><br>Defendants. | No. 5:24-CV-00009-H |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation (FCR) in this case. The Court adopted the FCR after Plaintiff failed to timely file objections. Dkt. No. 21. However, the Court later granted Plaintiff leave to file late objections and reopened the case, Dkt. No. 24, and Plaintiff subsequently filed his objections. Dkt. No. 25.

"The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b)(3); *see* 28 U.S.C. § 636(b)(1). In contrast, the district judge reviews any unobjected-to findings, conclusions, and recommendations for plain error. The Court has examined the record and reviewed the unobjected-to portions of the FCR for plain error and, finding none, expressly accepts and adopts those portions of the Magistrate Judge's findings, conclusions, and recommendation.

Additionally, in light of Plaintiff's specific objections, the Court has conducted a de novo review of the relevant portions of the FCR and the record in this case. Many of Plaintiff's objections are either restatements of arguments made in his complaint and

questionnaire responses, arguments thoroughly addressed by the FCR, mere disagreements with the Magistrate Judge's wording, or conclusory statements insisting that his claims have merit. However, Plaintiff's objections do not overcome the conclusions as to his claims contained in the FCR.

In short, the FCR correctly concludes that Plaintiff has failed to state a claim. Thus, the Court overrules Plaintiff's objections and accepts and adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

The Court therefore orders that Plaintiff's complaint and all claims alleged within it are dismissed with prejudice for failure to state a claim under 28 U.S.C. §§ 1915, 1915A. All relief not expressly granted and any pending motions are denied.

The Court will enter judgment accordingly.

So ordered.

Dated January 8, 2026.

_____
JAMES WESLEY HENDRIX
United States District Judge